1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11  JAMES H. WOLF,                          No. CIV S-05-1793-CMK
12          Plaintiff,
13      vs.                                 <u>ORDER</u>
14  JO ANNE B. BARNHART,
    Commissioner of Social Security,
15
16          Defendant.
                                      /
17
18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial
19  review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. §
20  405(g).  Pending before the court is plaintiff's stipulated motion for an extension of time (Doc.
21  17), filed on March 27, 2006.
22          On October 7, 2005, the court issued a scheduling order which required plaintiff
23  to prosecute this action by either seeking voluntary remand or filing a dispositive motion within
24  45 days from the date of service of the administrative record by defendant.  The court's records
25  reflect that the administrative record was served on January 10, 2006.  Plaintiff now seeks a
26  second extension of time to April 26, 2006, to file a dispositive motion.  Defendant does not

oppose the request.  Good cause appearing therefor, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time is granted; and

   2. Plaintiff shall file a dispositive motion by April 26, 2006.

DATED:  March 29, 2006.

                 _____
                 **CRAIG M. KELLISON**
                 UNITED STATES MAGISTRATE JUDGE